## STATEMENT OF FACTS

On September 7, 2025, at approximately 19:57 hours, members of Target Enforcement Flex 1, comprised of the United States Marshals Service and United States Park Police, were patrolling the area of Southern Avenue SE, in Washington D.C.

During the patrol, Deputy United States Marshal Tristen Martin ("DUSM Martin") and United States Park Police Officer Nicholas Pierce ("Officer Pierce") observed a Grey Nissan Altima operating at night without headlights and without a front vehicle registration tag. Officers initiated a traffic stop at Fitch Street and 53rd Street SE, in Washington D.C.

Upon approaching the vehicle, officers made contact with the driver and sole occupant of the vehicle, later identified as Joshua LEVY. Officers requested that LEVY roll down his window. When he complied, officers observed smoke emitting from the interior of the vehicle and detected the odor of burnt marijuana. Officers instructed LEVY to exit the vehicle. As LEVY stepped out, DUSM Martin observed, in plain view, an extended magazine and a portion of a firearm partially visible beneath the driver's seat. Upon further inspection, DUSM Martin observed that the magazine was inserted into a Glock 23 pistol. The magazine contained 19 rounds of .40 caliber ammunition in 22 round extended magazine and one round in the chamber.

A police records check of LEVY revealed that he did not have a license to carry a concealed weapon in the District of Columbia as required by law. LEVY also did not have a firearm registered to him as required by law.

Your affiant is aware there are no firearm, or ammunition manufactures in the District of Columbia, and therefore, the firearm and ammunition would have necessarily traveled in interstate commerce.

In plain view on the passenger seat, Officer Pierce observed a bag containing marijuana, which was later weighed and contained approximately 427 grams of marijuana. Officers then searched the vehicle and recovered one digital scale and multiple plastic sandwich bags beneath the bag of marijuana on the passenger seat. Officers also recovered a smaller bag of marijuana, weighing approximately 15 grams, on the center console of the vehicle, as well as a digital scale in the back pocket of the passenger's seat.

Upon search incident to arrest, Officers recovered $215 in US Currency in various denominations.

Based on your affiant's training and experience, the quantity of marijuana, packaging, sandwich bags, multiple digital scales, and denominations of US currency found on LEVY were consistent with possession with intent to distribute rather than simple possession. Your affiant also knows that drug traffickers often carry firearms to protect their drug supply and that firearms are widely considered 'tools of the trade' in drug trafficking. Due to the proximity of the firearm to the drug supply and the packaging and distribution material, I believe that the firearm was possessed during, in relation to, and in furtherance of a drug trafficking crime.

As such, your affiant submits that probable cause exists to charge Joshua LEVY with a violation of 18 U.S.C. § 924(c) **(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**.

Respectfully Submitted,

_____
Officer Nicholas Pierce
United States Park Police

Attested to by the applicant with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) on September 8, 2025.

_____
MATTHEW SHARBAUGH
UNITED STATES MAGISTRATE JUDGE