## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

   vs.        :  Case No. 1:25-cr-00384

JOSHUA DAKARAI LEVY   :

   Defendant     :

_____

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE (*SUBSTITUTE THIRD PARTY CUSTODIAN*)

Comes now the Defendant, Joshua Levy, by and through counsel, Richard A. Finci, Esquire, and the Law Offices of Houlon, Berman, Finci, Levenstein & Feldman, LLC, and respectfully states as follows:

1. On September 11th, 2025, Defendant appeared before Magistrate Judge Sharbaugh in this matter, and was released on conditions, which included home incarceration, and placement in the Third Party Custodianship of Miyoshi Levy, his stepmother.

2. By minute order date December 9th, 2025, the Court modified the conditions of release by placing Defendant in home detention status with a curfew, between 7:00 p.m. and 7:00 a.m., and permitting him to leave his home for employment and other purposes. The requirement of a Third Party Custodian stayed in place.

3. Since that time, Defendant has been working with his father, Duane Levy, in the family's landscaping business. When he is out of his home, he is generally with his father.

4. Consequently, Defendant requests that Duane Levy be substituted as Third Party Custodian in place of Miyoshi Levy.

5. Undersigned Counsel has consulted with Pretrial Services Officer LaKeisha Forbes, who is supervising the Defendant, and she advises that she has no objections to this substitution of Third Party Custodian.

6.      Undersigned Counsel has been authorized to express the consent of Assistant United States Attorney, David Liss, Esquire, to the request made herein.

**WHEREFORE**, Defendant respectfully requests the following relief:

1.      That this Honorable Court modify the *Order Setting Conditions of Release* in this matter by substituting Duane Levy as Third Party Custodian in place of Miyoshi Levy.

2.      That all other terms and conditions of the *Order Setting Conditions of Release* and the modification thereof granted on December 9th, 2025, otherwise remain in full force and effect.

3.      Such further and additional relief as justice may require.

Respectfully submitted,

/s/ *Richard A. Finci*

Richard A. Finci, Esquire
Houlon, Berman, Finci, Levenstein & Feldman, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
finci@houlonberman.com
Telephone: (301) 459-8200
Facsimile: (301) 459-5721
D.C. Bar # 389841

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2026, a copy of the foregoing *Consent Motion to Modify Conditions of Release (Substitute Third Party Custodian)* was served via filing in the electronic system to the Assistant United States Attorney, David Liss, Esquire, Office of the United States Attorney, 555 4th Street, Northwest, Washington, D.C. 20530.

/s/ *Richard A. Finci*

Richard A. Finci, Esquire